UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation                              MDL No. 1431

Plaintiff Lester Speights:
Adams, Peggy et al.,

    Plaintiff,

v.                                                             ORDER
                                          Civ. No. 02-3489(MJD/JGL)

Bayer Corporation et al.,

    Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebedoff dated June 21, 2005. No objections have been filed by either party.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated June 21, 2005.

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Lester Speights [Docket No. 33] is GRANTED; and

    2.      Plaintiff Lester Speights' action is DISMISSED WITH PREJUDICE.

Date: July 20, 2005

                                            <u>s/ Michael J. Davis</u>
                                            Michael J. Davis
                                            United States District Court

Civil No. 02-3489